IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:16-CR-3081 |
| vs. | ORDER |
| ISAIAH D. BROWN, | |
| Defendant. | |

    This matter is before the Court on the plaintiff's motion to dismiss (filing 48). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

    IT IS ORDERED:

1. The plaintiff's Motion To Dismiss Indictment (filing 48) is granted.

2. The indictment is dismissed as to defendant Isaiah D. Brown.

Dated this 30th day of January, 2017.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge